# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT PANTON,** | : | **CIVIL ACTION NO. 1:11-CV-1845** |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **CAPTAIN BRECKON, RONNIE HOLT** | : | |
| Defendants | : | |

## ORDER

AND NOW, this 30th day of August, 2012, upon consideration of plaintiff's motion requesting default judgment due to defendants' failure to respond to his motion for summary judgment (Doc. 43), and it appearing that defendants were afforded until August 15, 2012 to respond to plaintiff's motion (Doc. 39), and it further appearing that on August 15, 2012, defendants filed a brief in opposition to plaintiff's motion for summary judgment (Doc. 41) and a counterstatement of material facts (Doc. 42), it is hereby ORDERED that plaintiff's motion (Doc. 43) is DENIED.

   S/ Christopher C. Conner  
CHRISTOPHER C. CONNER  
United States District Judge